# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| **In re:** <br><br> **JOSHUA CARIN** <br>        Debtor. | **Chapter 7** <br><br> **Case No.: 21-12418-MCR** |
| **STEVEN GREENFELD, CHAPTER 7, TRUSTEE** <br><br>        Plaintiff, <br><br> v. <br><br> **JOSHUA CARIN,** <br> **LAWRENCE CARIN,** <br> **SANDY CARIN WEST,** <br> **NATHANIEL CARIN,** <br> **MICHAEL CARIN,** <br> **STEVEN CARIN HARON,** <br> **JAMES MAGNO, AND** <br> **33 CANAL LANDING LLC,** <br><br>        Defendants. | **Adv. Pro. No. 23-00091** |

### [CORRECTED] NOTICE OF MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT BETWEEN THE TRUSTEE AND JAMES MAGNO

NOTICE IS HEREBY GIVEN that on September 15, 2023, Steven Greenfeld, as Chapter 7 Trustee ("Trustee"), by counsel, pursuant to Section 105(a) of the United States Bankruptcy Code and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, has filed a Motion for Approval of Compromise and Settlement between the Trustee and James Magno (the "Motion").

The Settlement Agreement identified in the Motion accompanies this Notice. The Motion asks the Court to approve a settlement with Mr. Magno only, and not any other Defendant. The Motion contains the Trustee's assertion that the Court's approval of the Settlement Agreement is in the best interests of the Trustee and its creditors. By reviewing the Settlement Agreement, you are being provided with all information necessary to make an informed decision as to whether you wish to timely interpose an opposition to approval of the Settlement Agreement.

**ANY OBJECTIONS TO THE MOTION MUST BE FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND, 6500 CHERRYWOOD LANE, SUITE 300, GREENBELT, MARYLAND 20770, AND SERVED UPON THE UNDERSIGNED ATTORNEY FOR THE DEBTOR AT THE ADDRESS BELOW AND THE OFFICE OF THE UNITED STATES TRUSTEE, 6305 IVY LANE, SUITE 600, GREENBELT, MARYLAND 20770 <u>WITHIN TWENTY-ONE (21) DAYS</u> OF THE DATE OF MAILING OF THIS NOTICE.  AN OBJECTION MUST SPECIFY THE FACTUAL AND LEGAL BASIS ON WHICH THE OBJECTION IS BASED. IF NO OBJECTIONS ARE FILED, THE COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE OR ORDER.  THE COURT, IN ITS DISCRETION, MAY HOLD A HEARING ON THE MOTION, OR RULE ON THE MOTION WITHOUT A HEARING WHETHER OR NOT ANY OBJECTIONS ARE FILED.  IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE MOTION, OR REQUIRE FURTHER INFORMATION, YOU SHOULD CONTACT THE UNDERSIGNED ATTORNEY FOR THE DEBTOR.**

Date:   September 18, 2023

Respectfully submitted,

*/s/ David I. Swan*
Lawrence A. Katz (Md. Fed. #02526)
David I. Swan (Md. Fed. # 28785)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:   703.584.8901
E-mail:  lkatz@hirschlerlaw.com
         dswan@hirschlerlaw.com

*Special Counsel for Steven Greenfeld, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the [Corrected] Notice of Motion for Approval of Compromise and Settlement Between the Trustee and James Magno will be served electronically by the Court's CM/ECF system on the following:

- **Elizabeth Marian Abood-Carroll**: ANHSOrlans@infoEx.com; ecfaccount@orlans.com
- **Richard L. Costella**: rcostella@tydings.com; jmurphy@tydings.com
- **Alan D. Eisler**: aeisler@e-hlegal.com; mcghamilton@gmail.com
- **Diane Elizabeth Feuerherd**: DEFeuerherd@mmcanby.com
- **Jonathan W. Greenbaum**: jg@coburngreendbaum.com
- **Steven H. Greenfeld**: steveng@cohenbaldinger.com; sgreenfeld@ecf.axosfs.com
- **Matthew H. Johnson**: Matthew.Johnson@montgomerycountymd.gov; Theresa.hampl@montgomerycountymd.gov; gessesse.teferi@montgomerycountymd.gov; patricia.kane@montgomerycountymd.gov
- **Donna Ellen McBride**: dmcbride@mmcanby.com
- **Jeffrey Rhodes**: jrhodes@tlclawfirm.com

I further hereby certify that on September 18, 2023 a copy of the foregoing [Corrected] Notice of Motion for Approval of Compromise and Settlement Between the Trustee and James Magno was sent by first class mail, postage prepaid, upon the parties listed on the attached Service List.

                                */s/ David I. Swan*
                                David I. Swan (Md. Fed. # 28785)

**SERVICE LIST**

| | | |
|---|---|---|
| Amex<br>PO Box 1270<br>Newark, NJ 07101-1270 | Dusan and Dana Stamenkovic<br>8109 Postoak Road<br>Potomac, MD 20854 | Earth Friendly Market, LLC<br>17523 Moore Road<br>Boyds, MD 20841 |
| Comptroller of Maryland<br>Bankruptcy Unit<br>301 W. Preston Street, Room 409<br>Baltimore, MD 21201 | Eric Goldberg<br>9510 Persimmon Tree Road<br>Potomac, MD 20854 | Farm Credit<br>925 N. East Street<br>Frederick, MD 21701-4600 |
| Gessee Teferi<br>Associate County Attorney<br>101 Monroe Street<br>Rockville, MD 20850 | Great and Small Therapeutic Riding<br>17320 Moore Road<br>Boyds, MD 20841 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| John Deere Financial<br>PO Box 4450<br>Carol Stream, IL 6017-4450 | Keith Miller<br>101 Monroe Street, Suite 410<br>Rockville, MD 20850 | Maryland Economic Development Corp.<br>c/o Capstone On-Campus Mgmt. LLC<br>4250 Lehigh Road, Suite 1101<br>College Park, MD 20740 |
| Moira Carin<br>17523 Moore Road<br>Boyds, MD 20841 | Montgomery County Revenue Authority<br>101 Monroe Street, Suite 410<br>Rockville, MD 20850 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 |
| Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 221193000 | NFCU Visa<br>PO Box 3500<br>Merrifield, VA 22119-3500 | Patricia Lisehora Kane<br>Chief Litigation Division<br>101 Monroe Street, 3rd Floor<br>Rockville, MD 20850 |
| Rebecca Carin<br>17523 Moore Road<br>Boyds, MD 20841 | Stephanie Tsacoumis<br>Peeble Beach Associates, LLC<br>720 Peeble Beach Drive<br>Silver Spring, MD 20904 | SunTrust<br>PO Box 791274<br>Baltimore, MD 2129-1274 |
| SunTrust Bank now Truist Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 | TD BankNorth NA<br>70 Gray Road<br>Falmouth, ME 04105-2299 | Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste. L-15<br>Rockville, MD 20850 |