**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | | |
|---|---|---|
| In re: | * | Case No. 21-12418 |
| | | |
| Joshua Carin, | * | Chapter 7 |
|       Debtor | * | |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**REPORT OF MEDIATOR ON RESOLUTION OF MOTION TO COMPEL SURRENDER**
**AND TURNOVER**

On June 20, 2023, the Trustee filed a Motion to Compel Debtor to Surrender and Turnover Property of the Estate, and related relief (the "Turnover Motion"), and on August 8, 2023, the Debtor Joshua Carin filed a response.  On October 19, 2023, the Court entered the order referring the Turnover Motion, along with two adversary proceedings which have since been resolved, to mediation and appointing the undersigned as the mediator.

The mediator conducted dispute resolution conferences on November 28, December 11, and December 29, 2023.  Movant Steven H. Greenfeld, the Chapter 7 Trustee, represented by David I. Swann, Esq., and Debtor and his spouse, Moira Carin, represented by Alan D. Eisler, Esq., participated.  The settlement conferences addressed the resolution of all issues in the Turnover Motion.

The parties reached a settlement agreement on all issues.  Debtor and the Trustee are drafting the settlement agreement document; the Trustee will be filing a motion to approve the settlement.

/s/ Thomas J. Catliota