UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Joshua Carin | § | Case No. 21-12418 |
| | § | |
| Debtor | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/13/2021. The undersigned trustee was appointed on 04/13/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $    437,665.28

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 14,868.80 |
| Bank service fees | 4,372.09 |
| Other payments to creditors | 17,627.50 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 400,796.89 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/28/2021 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $25,133.26. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $25,133.26, for a total compensation of $25,133.26[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $275.58, for total expenses of $275.58[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/06/2024             By: /s/STEVEN H. GREENFELD, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 21-12418 | MCR | Judge: | Maria Ellena Chavez-Ruark | Trustee Name: | STEVEN H. GREENFELD, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | Joshua Carin | | | | Date Filed (f) or Converted (c): | 04/13/2021 (f) |
| | | | | | 341(a) Meeting Date: | 05/18/2021 |
| For Period Ending: | 09/06/2024 | | | | Claims Bar Date: | 09/28/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 17523 Moore Road Boyds Md 20841-0000 Montgomery | 1,300,000.00 | 0.00 | | 0.00 | FA |
| 2. 8109 Post Oak Road Potomac Md 20854-0000 Montgomery | 750,000.00 | 0.00 | | 0.00 | FA |
| 3. Gates Of Remembrance 14321 Comus Road Clarksburg Md 20871-0000 Montgomery | 4,600.00 | 0.00 | | 0.00 | FA |
| 4. 2011 Gmc Yukon Mileage: 190,000 | 8,000.00 | 0.00 | | 0.00 | FA |
| 5. 2011 Gmc Pick Up Truck Mileage: 100,000 | 16,000.00 | 0.00 | | 0.00 | FA |
| 6. 2011 Cimmeron Horse Trailer | 8,000.00 | 8,000.00 | | 14,000.00 | FA |
| 7. 2014 Pequeay Dump Trailer | 7,000.00 | 6,000.00 | | 0.00 | FA |
| 8. 2020 John Deere Tractor | 55,000.00 | 0.00 | | 49,000.00 | FA |
| 9. 2020 John Deere Zero Turn Mower | 7,000.00 | 0.00 | | 4,500.00 | FA |
| 10. Tv Room: Couch, 2 Arm Chairs And Round Table | 400.00 | 0.00 | | 0.00 | FA |
| 11. Dinning Room: Table And Chairs, Credenza | 400.00 | 0.00 | | 0.00 | FA |
| 12. Kitchen: Pots, Pans, Dishes, Silverware | 400.00 | 0.00 | | 0.00 | FA |
| 13. Family Room: Couch And Side Table | 600.00 | 0.00 | | 0.00 | FA |
| 14. Library: Books, 2 Arm Chairs | 300.00 | 0.00 | | 0.00 | FA |
| 15. Living Room: Clock, Couch, Chair, Piano | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. Outdoor Furnishings: Chairs, Tables, Chairs | 1,000.00 | 0.00 | | 0.00 | FA |
| 17. Basement: Bed, Side Tables, Chair, Ottoman | 400.00 | 0.00 | | 0.00 | FA |
| 18. Office: Desk And Side Table | 100.00 | 0.00 | | 0.00 | FA |
| 19. Kids Bedroom Furniture | 300.00 | 0.00 | | 0.00 | FA |
| 20. Bedroom: Bed, Couch, Side Table, Desk | 500.00 | 0.00 | | 0.00 | FA |
| 21. Piano | 1,500.00 | 0.00 | | 0.00 | FA |
| 22. 5 Paintings | 5,000.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 21-12418 | MCR | Judge: | Maria Ellena Chavez-Ruark | Trustee Name: | STEVEN H. GREENFELD, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | Joshua Carin | | | | Date Filed (f) or Converted (c): | 04/13/2021 (f) |
| | | | | | 341(a) Meeting Date: | 05/18/2021 |
| For Period Ending: | 09/06/2024 | | | | Claims Bar Date: | 09/28/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. 3 Tv's And Amp System, 1 Computer | 400.00 | 0.00 | | 0.00 | FA |
| 24. Wedding Ring, Cufflinks, Necklace | 600.00 | 0.00 | | 0.00 | FA |
| 25. Clothing | 800.00 | 0.00 | | 0.00 | FA |
| 26. 1 Horse ($5,000), 2 Dogs, Fish, Barn Cat | 5,000.00 | 5,000.00 | | 8,000.00 | FA |
| 27. Navy Federal Credit Union Checking | 3,000.00 | 0.00 | | 0.00 | FA |
| 28. Navy Federal Credit Union Savings | 0.00 | 0.00 | | 0.00 | FA |
| 29. Edward Jones Investment Account | 45,000.00 | 0.00 | | 0.00 | FA |
| 30. 33 Canal Landing, Llc | 200,000.00 | 0.00 | | 0.00 | FA |
| 31. Catering Consulting, Llc | 0.00 | 0.00 | | 0.00 | FA |
| 32. Carin And Company, Llc | 0.00 | 0.00 | | 0.00 | FA |
| 33. Earth Friendly Maryland, Llc | 0.00 | 0.00 | | 0.00 | FA |
| 34. Old Smokey Bar-B-Cue, Llc | 5,000.00 | 0.00 | | 0.00 | FA |
| 35. Queensbury, Llc | 300,000.00 | 0.00 | | 0.00 | FA |
| 36. Edward Jones IRA | 427,613.50 | 0.00 | | 0.00 | FA |
| 37. Montgomery County, Maryland 403(b) | 25,624.81 | 0.00 | | 0.00 | FA |
| 38. Edward Jones (Tenant Sec. Dep.) | 7,100.00 | 0.00 | | 0.00 | FA |
| 39. T. Rowe Price 529 Plan - Son | 55,225.00 | 0.00 | | 0.00 | FA |
| 40. T. Rowe Price 529 Plan - Daughter | 41,779.00 | 0.00 | | 0.00 | FA |
| 41. Joshua Carin 2016 Irrevocable Trust - $69,070.46 Pacific Life Policy On Life Of Joshua Carin And $50,066.31 Pacific Life Policy On Life Of Joshua Carin | 0.00 | 0.00 | | 0.00 | FA |
| 42. Chubb Motor Vehicle Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 43. Chubb Homeowners Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 44. Chubb Umbrella Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 45. Chubb Valuable Articles Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 21-12418 | MCR | Judge: | Maria Ellena Chavez-Ruark | Trustee Name: | STEVEN H. GREENFELD, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | Joshua Carin | | | | Date Filed (f) or Converted (c): | 04/13/2021 (f) |
| | | | | | 341(a) Meeting Date: | 05/18/2021 |
| For Period Ending: | 09/06/2024 | | | | Claims Bar Date: | 09/28/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 46. Principal Disability Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 47. Guardian Disability Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 48. Void - asset entered in error (u) | 0.00 | N/A | | 0.00 | FA |
| 49. Smokers | 10,000.00 | 5,000.00 | | 21,500.00 | FA |
| 50. American Arbitration Association (u) | 16,337.50 | 16,337.50 | | 16,337.50 | FA |
| 51. 2020 Federal Tax Refund (u) | 22,293.00 | 22,293.00 | | 22,293.00 | FA |
| 52. 2020 Maryland Income Tax Refund (u) | 8,422.00 | 8,422.00 | | 8,422.00 | FA |
| 53. Claim for Unemployment Benefits (u) | 0.00 | 0.00 | | 0.00 | FA |
| 54. John Deere Gator ATV (u) | 0.00 | 7,500.00 | | 9,000.00 | FA |
| 55. Fraudulent conveyance action v. Debtor and spouse (u) | 0.00 | 110,461.00 | | 126,912.00 | FA |
| 56. Fraudulent conveyance action v. Canal Landing, LLC et.al. (u) | 0.00 | 2,000.00 | | 0.00 | FA |
| 57. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 58. Claim v. Magno, CPA (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 59. Claim v. Carin and siblings (u) | 0.00 | 201,539.00 | | 146,250.00 | FA |
| 60. BANK OF AMERICA (parent's account) (u) | 0.00 | 18,708.00 | | 0.00 | FA |
| 61. mantel clock | 0.00 | 900.00 | | 1,450.78 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $3,341,694.81   $422,160.50   $437,665.28   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Asset #57 entered in error.

Exhibit A

1/25/2022   Trustee is investigating allegations of undisclosed assets.  Also negotiating sale of other assets including horse.
9/30/2022   Trustee investigating claims of TBE ownership of assets
6/06/2023:  Trustee pursuing fraudulent conveyance actions.
9/15/2023:  Adversary v. James Magno settled for $10,000
9/30/2023:  All open matters (obj. to exemptions, and adversary proceedings) continued to allow parties to mediate with Judge Catliota.


| | | | |
|---|---|---|---|
| RE PROP # | 50 | -- | Amended 2nd 11/15/21 |
| | | | Amended 5/11/21 |
| RE PROP # | 51 | -- | Amended 11/15/21 |
| RE PROP # | 52 | -- | Amended 11/15/21 |
| RE PROP # | 53 | -- | Amended 5/29/21 |

Initial Projected Date of Final Report (TFR): 12/31/2021       Current Projected Date of Final Report (TFR): 11/30/2024

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 21-12418 | Trustee Name: STEVEN H. GREENFELD, TRUSTEE |
| Case Name: Joshua Carin | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0482 |
| | Checking |
| Taxpayer ID No: XX-XXX9440 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 09/06/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/27/21 | 50 | American Arbitration Assiociation<br>American Arbitation Association | Refund | 1221-000 | $16,337.50 | | $16,337.50 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.46 | $16,320.04 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.02 | $16,302.02 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.00 | $16,284.02 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.40 | $16,266.62 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.96 | $16,248.66 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.36 | $16,231.30 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.92 | $16,213.38 |
| 01/06/22 | | Joshua Carin<br>Joshua Carin | Tax refunds<br>Tax refunds | | $30,715.00 | | $46,928.38 |
| | | | Gross Receipts  $30,715.00 | | | | |
| | 51 | | 2020 Federal Tax Refund  $22,293.00 | 1224-000 | | | |
| | 52 | | 2020 Maryland Income Tax Refund  $8,422.00 | 1224-000 | | | |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.25 | $46,883.13 |
| 02/14/22 | 2002 | Insurance Partners<br>2950 West Market Street<br>Akron, OH  44333 | Pro-rata bond distribution Reversal<br>Posted twice in error | 2300-000 | | ($59.36) | $46,942.49 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011)  *(Page: 7)* | Page Subtotals:  $47,052.50 | $110.01 |

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 21-12418 | Trustee Name: | STEVEN H. GREENFELD, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | Joshua Carin | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0482 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9440 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 09/06/2024 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/22 | 2001 | Insurance Partners<br>2950 West Market Street<br>Akron, OH 44333 | Pro-rata bond distribution | 2300-000 | | $59.36 | $46,883.13 |
| 02/14/22 | 2002 | Insurance Partners<br>2950 West Market Street<br>Akron, OH 44333 | Pro-rata bond distribution | 2300-000 | | $59.36 | $46,823.77 |
| 02/24/22 | | Cochran auctioneers | Net Proceeds from sale of Smokers<br>Net proceeds from sale of smokers per Notice of December27, 2021 (DE # 76) | | $18,275.00 | | $65,098.77 |
| | | | Gross Receipts $21,500.00 | | | | |
| | | JG COCHRAN AUCTIONEERS | Auctioneers fees ($3,225.00) | 3610-000 | | | |
| | 49 | | Smokers $21,500.00 | 1129-000 | | | |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.36 | $65,049.41 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.84 | $64,977.57 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.43 | $64,908.14 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.67 | $64,836.47 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.28 | $64,767.19 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.51 | $64,695.68 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.43 | $64,624.25 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*      Page Subtotals:      $18,275.00      $593.24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 21-12418 | Trustee Name: | STEVEN H. GREENFELD, TRUSTEE |
| Case Name: | Joshua Carin | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0482 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9440 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 09/06/2024 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.05 | $64,555.20 |
| 10/19/22 | 26 | Great and Small | Sale of horse "Quincey Blue" per Court Order entered September 20, 2022 (DE #102) | 1129-000 | $8,000.00 | | $72,555.20 |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.99 | $72,480.21 |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.44 | $72,402.77 |
| 01/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.94 | $72,322.83 |
| 02/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.86 | $72,242.97 |
| 03/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.05 | $72,170.92 |
| 03/07/23 | 2003 | Insurance Partners Agency LLC P.O. Box 72500 Cleveland, OH  44192 | Pro-rata share of bond disbursement | 2300-000 | | $50.06 | $72,120.86 |
| 04/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.65 | $72,041.21 |
| 05/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.98 | $71,964.23 |
| 05/24/23 | | J.G. Cochran Auctioneers J.G. Cochran Auctioneers | Net proceeds of sale | | $53,125.00 | | $125,089.23 |
| | | | Gross Receipts        $62,500.00 | | | | |
| | | J.G> Cochran Auctions | Auctioneer's fees     ($9,375.00) | 3610-000 | | | |
| | 8 | | 2020 John Deere Tractor  $49,000.00 | 1129-000 | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 9)* | Page Subtotals: | $61,125.00 | $660.02 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 21-12418 | | Trustee Name: | STEVEN H. GREENFELD, TRUSTEE |
| Case Name: | Joshua Carin | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX0482 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX9440 | | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 09/06/2024 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 9 | | 2020 John Deere Zero Turn Mower $4,500.00 | 1129-000 | | | |
| | 54 | | John Deere Gator ATV $9,000.00 | 1229-000 | | | |
| 06/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.59 | $124,994.64 |
| 07/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $133.56 | $124,861.08 |
| 08/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $137.87 | $124,723.21 |
| 09/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $137.71 | $124,585.50 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $133.12 | $124,452.38 |
| 10/19/23 | 58 | James Magno, CPA, LLC | Settlement proceeds from adversary | 1241-000 | $10,000.00 | | $134,452.38 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $142.04 | $134,310.34 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $143.51 | $134,166.83 |
| 12/13/23 | 2004 | John Deere Financial<br>John Deere Financial<br>Attn:  Heather Deaton<br>23176 Network Place<br>Chicago, IL   60673 | Payoff of secured claim: 510001815883 | 4210-000 | | $17,627.50 | $116,539.33 |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $139.97 | $116,399.36 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 10)* | Page Subtotals: | $10,000.00 | $18,689.87 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 21-12418 | Trustee Name: | STEVEN H. GREENFELD, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | Joshua Carin | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0482 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9440 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 09/06/2024 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $128.52 | $116,270.84 |
| 02/26/24 | 2005 | SeibertKeck Insurance Partners 26865 Center RIdge Road Westlake, OH  44145 | Pro-rata share of bond premium | 2300-000 | | $59.38 | $116,211.46 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $120.09 | $116,091.37 |
| 03/26/24 | 55 | Alan Eisler IOLTA account | Per settlemnt of adversary 23-00090 | 1241-000 | $126,912.00 | | $243,003.37 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $191.47 | $242,811.90 |
| 04/22/24 | 59 | Eisler Hamilton, LLC, Attorney Trust Account 6110 Executive Blvd, Suite 230 Rockville, MD   20852 | Settlement proceeds Adversary No 23-00090 (ECF #30) | 1141-000 | $146,250.00 | | $389,061.90 |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $306.32 | $388,755.58 |
| 05/04/24 | | Cochran Auctions | Net Prfoceeds from sale of Trailer | | $11,900.00 | | $400,655.58 |
| | | | Gross Receipts              $14,000.00 | | | | |
| | | Cochran Auctions | Auctioneer's fees                ($2,100.00) | 3610-000 | | | |
| | 6 | | 2011 Cimmeron Horse Trailer    $14,000.00 | 1129-000 | | | |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $440.25 | $400,215.33 |
| 07/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $427.66 | $399,787.67 |
| 07/29/24 | 61 | Geppetto Catering | Sale of mantle clock | 1129-000 | $1,450.78 | | $401,238.45 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 11)* | Page Subtotals: | $286,512.78 | $1,673.69 |
| --- | --- | --- | --- |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 21-12418 | Trustee Name: | STEVEN H. GREENFELD, TRUSTEE |
|---|---|---|---|
| Case Name: | Joshua Carin | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0482 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9440 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 09/06/2024 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $441.56 | $400,796.89 |

| | | |
|---|---|---|
| COLUMN TOTALS | $422,965.28 | $22,168.39 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $422,965.28 | $22,168.39 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $422,965.28 | $22,168.39 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*       Page Subtotals:       $0.00       $441.56

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0482 - Checking | $422,965.28 | $22,168.39 | $400,796.89 |
| | $422,965.28 | $22,168.39 | $400,796.89 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $14,700.00 |
| Total Net Deposits: | $422,965.28 |
| Total Gross Receipts: | $437,665.28 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-12418  
Debtor Name: Joshua Carin  
Claims Bar Date: 9/28/2021  

Date: September 6, 2024

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Steven H Greenfeld<br>STEVE GREENFELD , TRUSTEE<br>325 ELLINGTON BOULEVARD, BOX 610<br>GAITHERSBURG, MD  20878 | Administrative | | $0.00 | $25,133.26 | $25,133.26 |
| 100 2200 | Steven H Greenfeld<br>STEVE GREENFELD , TRUSTEE<br>325 ELLINGTON BOULEVARD, BOX 610<br>GAITHERSBURG, MD  20878 | Administrative | | $0.00 | $275.58 | $275.58 |
| 100 2700 | Clerk of the Court<br>6500 Cherrywood Lane<br>Suite 300<br>Greenbelt, MD 20770 | Administrative | Filing fees for adversary proceedings (previously deferred) | $0.00 | $700.00 | $700.00 |
| 100 3210 | Hirschler Fleischer PC<br>8270 Greensboro Drive, Suite 700<br>Tysons, VA  22012 | Administrative | | $0.00 | $199,614.00 | $199,614.00 |
| 100 3210 | Hirschler Fleisher PC<br>8270 Greensboro Drive, Suite 700<br>Tysons, VA  22012 | Administrative | | $0.00 | $1,127.52 | $1,127.52 |
| 1 300 7100 | Stephanie Tsacoumis<br>Pebble Beach Associates, Llc<br>720 Pebble Beach Drive<br>Silver Spring, Md 20904 | Unsecured | | $20,000.00 | $23,500.00 | $23,500.00 |
| 2 300 7100 | American Express National Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | | $3,000.00 | $6,753.75 | $6,753.75 |
| 3 300 7100 | American Express National Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | | $200.00 | $687.91 | $687.91 |
| 5 300 7100 | NAVY FEDERAL CREDIT UNION<br>P.O. Box 3000<br>Merrifield, VA  22119 | Unsecured | | $0.00 | $17,375.51 | $17,375.51 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-12418  
Debtor Name: Joshua Carin  
Claims Bar Date: 9/28/2021  
Date: September 6, 2024

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 300 7100 | Geppetto Catering Company, Inc. and Charles M. Lenkin c/o Jonathan Greenbaum, Esq 1710 Rhode Island Ave- 2Nd Fl Washington, Dc 20036 | Unsecured | | $0.00 | $5,500,000.00 | $5,500,000.00 |
| 8 300 7100 | Charles M. Lenkin C/O Jonathan Greenbaum, Esq 1710 Rhode Island Ave- 2Nd Fl Washington, Dc 20036 | Unsecured | Claim consolidated with Claim #7 per Order Approving Partial Settlement of Adversary Proceeding, adversary No. 21-00179 (ECF #25) | $0.00 | $5,500,000.00 | $0.00 |
| 4 400 4110 | Midatlantic Farm Credit, Aca Richard L. Costella Tydings & Rosenberg 1 East Pratt St., #901 Baltimore, Md 21202 | Secured | | $898,249.47 | $897,688.42 | $897,688.42 |
| 6 400 4110 | Suntrust Bank Now Truist Bank Attn: Support Services Po Box 85092 Richmond, Va 23286 | Secured | | $234,967.86 | $234,693.14 | $234,693.14 |
| | Case Totals | | | $1,156,417.33 | $12,407,549.09 | $6,907,549.09 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2               Printed: September 6, 2024

**UST Form 101-7-TFR (5/1/2011)** *(Page: 15)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 21-12418
Case Name: Joshua Carin
Trustee Name: STEVEN H. GREENFELD, TRUSTEE

Balance on hand $ 400,796.89

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Midatlantic Farm Credit, Aca | $ 897,688.42 | $ 897,688.42 | $ 0.00 | $ 0.00 |
| 6 | Suntrust Bank Now Truist Bank | $ 234,693.14 | $ 234,693.14 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 400,796.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Steven H Greenfeld | $ 25,133.26 | $ 0.00 | $ 25,133.26 |
| Trustee Expenses: Steven H Greenfeld | $ 275.58 | $ 0.00 | $ 275.58 |
| Attorney for Trustee Fees: Hirschler Fleisher PC | $ 1,127.52 | $ 0.00 | $ 1,127.52 |
| Charges: Clerk of the Court | $ 700.00 | $ 0.00 | $ 700.00 |
| Other: Hirschler Fleischer PC | $ 199,614.00 | $ 0.00 | $ 199,614.00 |

Total to be paid for chapter 7 administrative expenses $ 226,850.36

Remaining Balance $ 173,946.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,548,317.17 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Stephanie Tsacoumis | $ 23,500.00 | $ 0.00 | $ 736.75 |
| 2 | American Express National Bank | $ 6,753.75 | $ 0.00 | $ 211.74 |
| 3 | American Express National Bank | $ 687.91 | $ 0.00 | $ 21.57 |
| 5 | NAVY FEDERAL CREDIT UNION | $ 17,375.51 | $ 0.00 | $ 544.74 |
| 7 | Geppetto Catering Company, Inc. and Charles M. Lenkin | $ 5,500,000.00 | $ 0.00 | $ 172,431.73 |
| 8 | Charles M. Lenkin | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 173,946.53 |

      Remaining Balance        $_____0.00_

      Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE